UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

H.S., *et al.*,

    *Plaintiffs*,

v.

DISTRICT OF COLUMBIA,

    *Defendant.*

Case No. 1:23-cv-2982-RCL

## ORDER

Upon consideration of the plaintiffs' Motion for Summary Judgment [ECF No. 11], the defendant's Cross-Motion for Summary Judgment [ECF No. 14], and the responses and replies thereto, and the entire record herein, and for reasons that will be explained in a Memorandum Opinion that will issue separately after the issuance of this Order, it is hereby

**ORDERED** that the plaintiffs' Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that the defendant's Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that **JUDGMENT** be entered in favor of the defendant, and that the case be **DISMISSED** and **TERMINATED** on the dockets of this Court.

Date: March 31, 2025

Royce C. Lamberth
United States District Judge

1